FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 NOV -7 P 4: 02

CLERK C. Colwell

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

COREY L. McDOWELL,     :
                       :
    Plaintiff,         :
                       :
v.                     :     CIVIL ACTION NO.: CV207-115
                       :
GLYNN COUNTY MAGISTRATE :
COURT; AMANDA WILLIAMS, Superior :
Court Judge; JAMES TUTEN, Superior :
Court Judge, and GLYNN COUNTY :
DISTRICT ATTORNEY'S OFFICE, :
                       :
    Defendants.        :

## O R D E R

Plaintiff, an inmate formerly incarcerated at the Glynn County Detention Center in Brunswick, Georgia, filed the captioned action *in forma pauperis* seeking damages as a result of alleged violations of constitutionally protected civil rights. In this Court's Order dated September 24, 2007, Plaintiff was advised that he "... shall immediately inform this Court of any change of address. Failure to do so will result in dismissal of this case, without prejudice."

On October 24, 2007, the Clerk's office forwarded copies of an Order and Report and Recommendation to Plaintiff at the Glynn County Detention Center, the only address provided by Plaintiff. That Order was returned by the United States Postal Service, with the notation that Plaintiff has been "Released." As Plaintiff has not advised the Court of a change in his address, in violation of this Court's September 24, 2007, Order this action is **DISMISSED**, without prejudice, for want of prosecution,

AO 72A
(Rev. 8/82)

pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  <u>Link v. Wabash Railroad Company</u>, 370 U.S. 626, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962).

**SO ORDERED**, this _2_ day of November, 2007.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)